UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZERO MOTORCYCLES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>PIRELLI & C.S.P.A., an Italian società per azoni and PIRELLI TYRE S.P.A., an Italian società per azoni,<br><br>    Defendants. | Case No: C 10-1290 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Docket 13, 23 and 24 |

Pursuant to the parties' stipulations,

IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss, filed June 28, 2010, is DENIED without prejudice, in order to allow the parties time to conduct jurisdictional discovery. Defendants shall renotice and refile their motion to dismiss by no later January 4, 2011. Plaintiff shall file its response to the motion by January 18, 2011, and Defendants' reply shall be filed by January 25, 2011. The hearing on the motion to dismiss shall take place on **February 8, 2011 at 1:00 p.m.**, with a Case Management Conference (CMC) to follow the hearing. Defendants' responsive pleading shall be filed within twenty days of the Court's decision on the motion.

2. The parties shall meet and confer prior to the conference and shall prepare a joint CMC Statement which shall be filed no later than five (5) days prior to the CMC. The statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement.

3. The Court may resolve the motion to dismiss without oral argument, in which case the matter will be taken off calendar. The parties are advised the check the Court's website to determine whether an appearance on the motion and CMC is required.

4. The hearing scheduled for September 28, 2010, is VACATED.

5. This Order terminates Docket 13, 23 and 24.

IT IS SO ORDERED.

Dated: August 24, 2010

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge