1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZERO MOTORCYCLES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PIRELLI & C.S.P.A., an Italian società per azoni and PIRELLI TYRE S.P.A., an Italian società per azoni,<br><br>Defendants. | Case No:  C 10-1290 SBA<br><br>**AMENDED ORDER CONTINUING HEARING**<br><br>Docket 32, 33, 42 and 45 |

IT IS HEREBY ORDERED THAT the motions hearing and case management conference scheduled for March 8, 2011 are CONTINUED to **May 3, 2011 at 1:00 p.m.** No additional motions may be noticed for that hearing date.  The Court, in its discretion, may decide the motions without oral argument, pursuant to Federal Rule of Civil Procedure 78(b), in which case no appearance on that date will be necessary.  The parties are advised to check the Court's website to determine whether a court appearance is required.  This Order supersedes Docket 59.

IT IS SO ORDERED.

Dated: March 3, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge