UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZERO MOTORCYCLES, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>       vs.<br><br>PIRELLI & C.S.P.A., an Italian società per azoni and PIRELLI TYRE S.P.A., an Italian società per azoni,<br><br>               Defendants. | Case No:  C 10-1290 SBA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Ninth Circuit's Mandate issued on May 21, 2013, Dkt. 77,

IT IS HEREBY ORDERED THAT the action is reopened.  The parties shall appear for a telephonic Case Management Conference on **June 12, 2013 at 2:15 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

    IT IS SO ORDERED.

Dated: May 28, 2013

                      _Saundra B Armstrong_
                      SAUNDRA BROWN ARMSTRONG
                      United States District Judge