UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZERO MOTORCYCLES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PIRELLI TYRE S.P.A., et al., <br><br> Defendants. | Case No: C 10-01290 SBA <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Dkt. 88 |

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for August 1, 2013, is CONTINUED to October 2, 2013, at 3:00 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT. This Order terminates Docket 84 and 88.

IT IS SO ORDERED.

Dated: August 1, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge