1 | Robert F. McCauley III (State Bar No. 162056)
robert.mccauley@finnegan.com
2 | FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3 | 3300 Hillview Avenue
Palo Alto, California 94304
4 | Telephone: (650) 849-6600
Facsimile: (650) 849-6666
5 |
Virginia L. Carron (*pro hac vice*)
6 | virginia.carron@finnegan.com
FINNEGAN, HENDERSON, FARABOW
7 |  GARRETT & DUNNER, L.L.P.
303 Peachtree Street NE
8 | 3500 Sun Trust Plaza
Atlanta, Georgia 30308
9 | Telephone: (404) 653-6452
Facsimile: (404) 653-6444
10 |
Laurence R. Hefter (*pro hac vice*)
11 | larry.hefter@finnegan.com
FINNEGAN, HENDERSON, FARABOW
12 |  GARRETT & DUNNER, L.L.P.
901 New York Avenue
13 | Washington, D.C. 20001-4413
Telephone: (202) 408-4000
14 | Facsimile: (202) 408-4400

15 | Attorneys for Defendants
PIRELLI & C. S.P.A. and PIRELLI TYRE S.P.A.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ZERO MOTORCYCLES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIRELLI & C. S.P.A., an Italian società per azioni and PIRELLI TYRE S.P.A., an Italian società per azioni<br><br>Defendants. | CASE NO. CV 10-01290 SBA<br><br>**STIPULATION TO CONTINUE USCA MANDATE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Sandra Brown Armstrong<br>Date: October 2, 2013<br>Time: 3:00 pm<br>Courtroom: Telephonic |

Whereas a telephonic Case Management Conference was scheduled for June 12, 2013, at 2:15 pm;

Whereas the parties previously stipulated to a continuance and this Court continued the telephonic Case Management Conference to June 20, 2013, at 2:45 pm (Dkt. No. 80);

Whereas the parties previously stipulated to a further continuance and this Court continued the telephonic Case Management Conference to July 31, 2013, at 3:15 pm (Dkt. No. 85), and then to August 1, 2013, at 2:45 pm (Dkt. No. 87);

Whereas the parties continue to be actively engaged in settlement discussions which have progressed significantly and have exchanged modifications of a proposed written settlement agreement ;

Whereas the parties agree to a further continuance of the telephonic Case Management Conference:

The parties hereby respectfully request the Court to enter the stipulation continuing the telephonic Case Management Conference to November 27, 2013. Plaintiff has filed on behalf of the parties, a joint Case Management Statement on June 13, 2013 (Dkt. No. 83).

A proposed order is filed concurrently herewith.

Dated: October 1, 2013

By: */s/ Robert F. McCauley*
Robert F. McCauley III (State Bar No. 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendants
Pirelli & C. S.p.A. and Pirelli Tyre S.p.A.

By: */s/ Mike Rodenbaugh*
Mike Rodenbaugh (State Bar No. 179059)
mike@rodenbaugh.com
RODENBAUGH LAW
548 Market Street
San Francisco, California 94104
Telephone: (415) 738-8087

1   Stipulation to Continue Case Management Conference
Case No. 4:10-cv- 1290-SBA

Attorneys for Plaintiff
Zero Motorcycles, Inc.

I hereby attest that I have received authority from Mike Rodenbaugh to attach his e-signature to this pleading and file it.

*/s/ Robert F. McCauley*
Robert F. McCauley III

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The telephonic Case Management Conference scheduled for 10/2/13 is CONTINUED to 11/27/2013 at 2:45 p.m.

Dated: October 1, 2013

Hon. Saundra Brown Armstrong
United States District Judge