1  Robert F. McCauley III (State Bar No. 162056)
   robert.mccauley@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, California  94304
4  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666
5
   Virginia L. Carron (*pro hac vice*)
6  virginia.carron@finnegan.com
   FINNEGAN, HENDERSON, FARABOW
7    GARRETT & DUNNER, L.L.P.
   303 Peachtree Street NE
8  3500 Sun Trust Plaza
   Atlanta, Georgia  30308
9  Telephone:  (404) 653-6452
   Facsimile:  (404) 653-6444
10
   Laurence R. Hefter (*pro hac vice*)
11 larry.hefter@finnegan.com
   FINNEGAN, HENDERSON, FARABOW
12   GARRETT & DUNNER, L.L.P.
   901 New York Avenue
13 Washington, D.C. 20001-4413
   Telephone:    (202) 408-4000
14 Facsimile:    (202) 408-4400

15 Attorneys for Defendants
   PIRELLI & C. S.P.A. and PIRELLI TYRE S.P.A.
16

17                         UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
18                                 OAKLAND DIVISION

| | |
|---|---|
| 19  ZERO MOTORCYCLES, INC., a Delaware Corporation, | CASE NO. CV 10-01290 SBA |
| 20                           Plaintiff, | **STIPULATION TO CONTINUE USCA MANDATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| 21  v. | |
| 22  PIRELLI & C. S.P.A., an Italian società per azioni and PIRELLI TYRE S.P.A., an Italian società per azioni | Judge: Hon. Sandra Brown Armstrong<br>Date: November 27, 2013<br>Time: 3:00 pm<br>Courtroom: Telephonic |
| 23                           Defendants. | |

1   Whereas a telephonic Case Management Conference was scheduled for June 12, 2013, at
2   2:15 pm;
3   Whereas the parties previously stipulated to a continuance and this Court continued the
4   telephonic Case Management Conference to June 20, 2013, at 2:45 pm (Dkt. No. 80);
5   Whereas the parties previously stipulated to a further continuance and this Court continued
6   the telephonic Case Management Conference to July 31, 2013, at 3:15 pm (Dkt. No. 85), and then to
7   August 1, 2013, at 2:45 pm (Dkt. No. 87);
8   Whereas the parties previously stipulated to a continuance and this Court continued the
9   telephonic Case Management Conference to October 2, 2013, at 3:00 pm (Dkt. No. 89);
10  Whereas the parties previously stipulated to a continuance and this Court continued the
11  telephonic Case Management Conference to November 27, 2013, at 2:45 pm (Dkt. No. 91);
12  Whereas the parties continue to be actively engaged in settlement discussions which have
13  progressed significantly and have exchanged modifications of a proposed written settlement
14  agreement ;
15  Whereas the parties agree to a further continuance of the telephonic Case Management
16  Conference:
17  The parties hereby respectfully request the Court to enter the stipulation continuing the
18  telephonic Case Management Conference to December 26, 2013.  Plaintiff has filed on behalf of the
19  parties, a joint Case Management Statement on June 13, 2013 (Dkt. No. 83).
20  A proposed order is filed concurrently herewith.
21
22  Dated: November 26, 2013

By:   /s/ Robert F. McCauley
      Robert F. McCauley III (State Bar No. 162056)
      robert.mccauley@finnegan.com
      FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
      3300 Hillview Avenue
      Palo Alto, California  94304
      Telephone:    (650) 849-6600
      Facsimile:    (650) 849-6666

      Attorneys for Defendants
      Pirelli & C. S.p.A. and Pirelli Tyre S.p.A.

By:     */s/ Mike Rodenbaugh*
Mike Rodenbaugh (State Bar No. 179059)
mike@rodenbaugh.com
RODENBAUGH LAW
548 Market Street
San Francisco, California 94104
Telephone:     (415) 738-8087

Attorneys for Plaintiff
Zero Motorcycles, Inc.

I hereby attest that I have received authority from Mike Rodenbaugh to attach his e-signature to this pleading and file it.

                         */s/ Robert F. McCauley*
                         Robert F. McCauley III

**PURSUANT TO STIPULATION, IT IS SO ORDERED. New CMC date: 12/26/13 at 2:30 p.m. No further extensions will be granted absent exigent cirumstances.**

Dated: November 26, 2013

                         Hon. Saundra Brown Armstrong
                         United States District Judge