UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZERO MOTORCYLES, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>PIRELLI TYRE S.P.A and PIRELLI & C.S.P.A.,<br><br>    Defendants. | Case No:  C 10-1290 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 60 days of this order.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated:  December 19, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge